Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−34347−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Maria Zamora
aka Maria Alejandra Zamora Alearo, aka
Maria Alejandra Zamora Alearo
49 Runyon Drive
Trenton, NJ 08610

Social Security No.:
xxx−xx−3058

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/2/20.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 2, 2020
JAN: dmi

Jeanne Naughton
Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-34347-CMG
Maria Zamora                                                        Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin              Page 1 of 2                  Date Rcvd: Apr 02, 2020
                               Form ID: 148             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db             #+Maria Zamora,    49 Runyon Drive,    Trenton, NJ 08610-4137
cr              +Cenlar FSB as servicer for AmeriHome Mortgage Comp,    Stern, Lavinthal & Frankenberg, LLC,
                  105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517917367       +ADT Security,    c/o Tate & Kirlin Associates, Inc.,    580 Middletown Blvd, Suite 240,
                  Langhorne, PA 19047-1827
517917369       +AmeriHome Mortgage Comapny, LLC,    c/o Stern, Lavinthal & Frankenberg, LLC,
                  105 Eisenhower Parkway #302,    Roseland, NJ 07068-1640
517917370        Capital Health Advanced Imaging PC,    PO Box 3246,    Indianapolis, IN 46206-3246
518014982       +Cenlar FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
518014168       +Chase Bank USA, N.A,    c/o Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517917373       +Commonwealth of Pennsylvania,    c/o Linebarger Goggan Blair & Sampson,    75 South Houcks Road,
                  Suite 302,    Harrisburg, PA 17109-2835
517917374       +Cooper Pest Solutions,    c/o A.R.M. Solutions, Inc.,    PO Box 2929,    Camarillo, CA 93011-2929
517917375       +Emergency Medical Assocites CHS,    PO Box 5333,    Parsippany, NJ 07054-6333
518038781       +Law Offices of Azzmeiah R. Vazquez,    438 Hamilton Avenue,    Trenton NJ 08609-2710
517917379       +New Jersey Manufacturers Insurance Co.,    c/o Deborah Claire Halpern,    Parker Young & Antinoff,
                  2 Eves Drive Sutie 200,    Marlton, NJ 08053-3193
517917383        PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
517983748        Pendrick Capital Partners II, LLC,    PO BOX 141419,    IRVING, TX 75014-1419
517917382       +Professional Account Management, LLC,    PO BOX 1153,    Milwaukee, WI 53201-1153
517917385       +TBOM/TFC,    PO Box 13306,    Virginia Beach, VA 23464
517917387        Tolls By Mail,    Payment Processing Center,    PO BOX 15183,    Albany, NY 12212-5183
518022346       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
517997461       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517917391       +William Oreamuno,    168 West Avenue #B,    Trenton, NJ 08611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 03 2020 02:49:20     U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 03 2020 02:49:16     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
517917366      +E-mail/Text: bkr@virtuososourcing.com Apr 03 2020 02:49:48     ADT Security,
                  c/o Virtuoso Sourcing Group,    4500 Cherry Creek South Drive,    Suite 500,
                  Glendale, CO 80246-1500
517917368      +E-mail/Text: kristin.villneauve@allianceoneinc.com Apr 03 2020 02:48:06
                  AllianceOne Receivables Management, Inc.,    PO Box 3103,    Southeastern, PA 19398-3103
517917372       EDI: WFNNB.COM Apr 03 2020 06:13:00      Comenity Bank/Ann Taylor,    PO Box 182789,
                  Columbus, OH 43218-2789
517917376      +E-mail/Text: bknotice@ercbpo.com Apr 03 2020 02:49:23     Enhanced Recovery Company,
                  PO BOX 57547,    Jacksonville, FL 32241-7547
517917377       EDI: IRS.COM Apr 03 2020 06:13:00      IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
517917371       EDI: JPMORGANCHASE Apr 03 2020 06:13:00      Chase Card,    PO Box 15298,
                  Wilmington, DE 19850-5298
517917380      +E-mail/Text: Jerry.Bogar@conduent.com Apr 03 2020 02:49:50     NJ E-Z Pass,
                  Violations Processing Center,    PO BOX 4971,    Trenton, NJ 08650-4971
517917378       EDI: RMCB.COM Apr 03 2020 06:13:00      New Jersey E-Z Pass,    c/o RMCB,   PO Box 1235,
                  Elmsford, NY 10523-0935
517917381      +E-mail/Text: bankruptcy@onlineis.com Apr 03 2020 02:49:37     Online Information Services,
                  PO Box 1489,    Winterville, NC 28590-1489
517962398      +E-mail/Text: bankruptcy@pseg.com Apr 03 2020 02:48:04     PSE&G,   Attn: Bankruptcy Dept.,
                  PO Box 490,    Cranford NJ 07016-0490
518019913       EDI: Q3G.COM Apr 03 2020 06:13:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                  PO Box 788,    Kirkland, WA 98083-0788
517917384      +EDI: CONVERGENT.COM Apr 03 2020 06:13:00      Sprint,   c/o Convergent Outsourcing, Inc.,
                  800 SW 39th Street,    PO Box 9004,    Renton, WA 98057-9004
517917386       E-mail/Text: tidewaterlegalebn@twcs.com Apr 03 2020 02:48:47     Tidewater Finance Company,
                  6520 Indian River Road,    Virginia Beach, VA 23464
517917388       EDI: TFSR.COM Apr 03 2020 06:13:00      Toyota Financial,    PO BOX 8026,
                  Cedar Rapids, IA 52408
518515297       EDI: BL-BECKET.COM Apr 03 2020 06:13:00      Toyota Lease Trust,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern PA 19355-0701
517917389       EDI: VERIZONCOMB.COM Apr 03 2020 06:13:00      Verizon,   PO Box 920041,    Dallas, TX 75392-0041
517917390      +EDI: CONVERGENT.COM Apr 03 2020 06:13:00      Verizon,   c/o Convergent Outsourcing, Inc.,
                  PO Box 9004,    Renton, WA 98057-9004
518032664      +EDI: AIS.COM Apr 03 2020 06:13:00      Verizon,   by American InfoSource as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 20

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 02, 2020
                              Form ID: 148             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              David   Nigro    on behalf of Debtor Maria   Zamora jenkins.clayman@verizon.net
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Maria   Zamora jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Maria   Cozzini    on behalf of Creditor    Cenlar FSB as servicer for AmeriHome Mortgage Company,
               LLC mcozzini@sternlav.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```